FOURNET, Chief Justice.
The appeal by Mrs. Olive E. Lykes from the judgment of the lower court decreeing that the mineral servitude acquired by her late husband, Norwood Lykes, on November 18, 1936, from W. F. Cooper (also now deceased) and affecting the SE14 of the NWJ4 °f Section 25, T. 20 N., R. 4 W., Lincoln Parish, Louisiana, is prescribed because of non-use in so far as her half interest therein is concerned (the other half interest inherited by the daughter of Lykes was held to have been preserved because of the interruption of the running of the prescription during her minority and no appeal was taken from this holding) will be transferred to the Court of Appeal for the Second Circuit under the provisions of Act No. 19 of 1912, as this court is without appellate jurisdiction since the value of the property in contest is less than $2,000, Section 10 of Article VII of the Constitution of Louisiana for 1921, the allegations of appellant’s exception of no right of action declaring that her interest in the servitude is “worth in excess of one Thousand' and no/100 ($1,000.00) Dollars.”
For the reasons assigned, it is ordered that this appeal be transferred to the Court of Appeal for the Second Circuit, the record to be transmitted there by the appellant within thirty days; otherwise the appeal! will be dismissed at appellant’s cost.